UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

18 CRIM  043

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

        - v -                    :        18 Cr. ___

SOCIÉTÉ GÉNÉRALE S.A.,           :

            Defendant.           :

- - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating

Title 18, United States Code, Sections 371, being advised of the

nature of the charges and of its rights, hereby waives, in open

Court, prosecution by indictment and consents that the proceeding

may be by information instead of by indictment.

Société Générale, S.A.
Defendant

Florence Hacarth
Witness

Keith Krakaur, Esq.
David Braff, Esq.
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 0 2018

Date:    New York, New York
         November 20, 2018