

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2021

By ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:      *United States v. Société Générale S.A.,* No. 18 Cr. 843 (PKC)

Dear Judge Castel:

      The Government writes to respectfully request that the Court so order the attached *nolle prosequi* dismissing the charges in this case because Société Générale S.A., the defendant, has complied with the provisions of a deferred prosecution agreement (the "Agreement") entered into on November 18, 2018, and previously presented to the Court.

      On November 20, 2018, Société Générale waived indictment in a proceeding before the Court and was charged in a one-count Information with conspiracy to violate the Trading with the Enemy Act, Title 50, United States Code, Sections 4303, 4305 and 4315(a), and the Cuban Assets Control Regulations, Title 31, Code of Federal Regulations, Section 515.201, promulgated thereunder, in violation of Title 18, United States Code, Section 371.  At the same proceeding, the Court excluded time pursuant to the Speedy Trial Act until November 18, 2021

      Pursuant to the Agreement, prosecution was to be deferred for a period of three years, which ended on November 18, 2021, and the Government agreed to move to dismiss the Information after the completion of the deferred prosecution period, as long as Société Générale complied with its obligations under the Agreement.  The Government has determined

that Société Générale has complied with those obligations, and so respectfully submits the attached *nolle prosequi*.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney
                                              Southern District of New York

By:                  */s/ Alexander Wilson*

                                              Alexander Wilson
                                              Assistant United States Attorneys
                                              Tel.: (212) 637-2453

cc:     Counsel to Société Générale S.A. (by ECF)