```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    NOLLE PROSEQUI
                                    :
        - v. -                      :    18 Cr. 843 (PKC)
                                    :
SOCIÉTÉ GÉNÉRALE S.A.,              :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - -x
```

1.  The filing of this *nolle prosequi* will dispose of this case with respect to defendant U.S. SOCIÉTÉ GÉNÉRALE S.A..

2.  On November 18, 2018, Felony Information 18 Cr. 843 (PKC) (the "Information") was filed, charging defendant SOCIÉTÉ GÉNÉRALE S.A. with conspiracy to violate the Trading with the Enemy Act and the Cuban Assets Control Regulations by structuring, conducting and concealing U.S. dollar transactions using the U.S. financial system in connection with U.S. dollar credit facilities involving Cuba, including facilities provided to Cuban banks and other entities controlled by Cuba, and to Cuban and foreign corporations for business conducted in Cuba, in violation of Title 18, United States Code, Section 371.

3.  In connection with the filing of the Information, the defendant and the Government present to the Court a Deferred Prosecution Agreement executed by both parties on November 18, 2018 (the "Agreement"). Pursuant to the Agreement, prosecution

1

on the Information was to be deferred for a period of three years, and the Government would move to dismiss the Information within 30 days of the completion of the deferred prosecution period, as long as defendant SOCIÉTÉ GÉNÉRALE S.A. complied with its obligations under the Agreement. On November 20, 2018, the Court excluded time under the Speedy Trial Act until November 18, 2021.

       4.   The Government has determined that defendant U SOCIÉTÉ GÉNÉRALE S.A. has complied with its obligations under the Agreement during the deferred prosecution period, and, therefore, will not now proceed with the prosecution of SOCIÉTÉ GÉNÉRALE S.A.

       5.   In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant SOCIÉTÉ GÉNÉRALE S.A. with respect to Information 18 Cr. 843 (PKC).

_____
Alexander J. Wilson
Assistant United States Attorney

Dated:   New York, New York
         November 22, 2021

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant SOCIÉTÉ GÉNÉRALE S.A. with respect to Information 18 Cr. 843 (PKC).

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:   New York, New York
         November 22, 2021

SO ORDERED:

_____
HON. P. KEVIN CASTEL
United States District Judge
Southern District of New York

Dated:   New York, New York
                   , 2021